dismis.re 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-042-CV

DAVID W. SMITH, D.D.S. AND APPELLANTS

WIFE, CATHY C. SMITH 

V.

WILLIAM DEAN, M.D., CARDIOVASCULAR APPELLEES

AND THORACIC SURGICAL GROUP OF

WICHITA FALLS, P.A., D/B/A 

CARDIOVASCULAR AND THORACIC 

SURGICAL GROUP OF WICHITA FALLS, 

SRIRAM SUDARSHAN, F.A.C.C., M.D., 

AND NORTH TEXAS CARDIOLOGY

CENTER, L.L.P. 

----------

FROM 
THE 78TH DISTRICT COURT OF WICHITA COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellants’ Motion For Partial Dismissal.”  Because appellees do not oppose the motion, it is the court's opinion that the motion should be granted; therefore, we dismiss the appeal as to appellees Sriram Sudarshan, F.A.C.C., M.D. and North Texas Cardiology Center, L.L.P.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).  This case shall hereafter be styled “
David W. Smith, D.D.S. and wife, Cathy C. Smith v. William Dean, M.D. and Cardiovascular and Thoracic Surgical Group of Wichita Falls, P.A., d/b/a Cardiovascular and Thoracic Surgical Group of Wichita Falls.”  

PER CURIAM

PANEL D: LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

DELIVERED: March 16, 2006

FOOTNOTES
1:
See 
T
ex
. R. A
pp
. P. 47.4.